IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   07-cr-00081-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JOSUE MOISES ESCOBAR-UBALDO,
      a/k/a Josue Moises Escobar,
      a/k/a Jose Escobar-Ubaldo,

    Defendant.

## ORDER

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 having come before the Court and the Court being fully advised.  It is hereby

ORDERED that the Defendant receive the 3 levels reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

Dated this 21st day of September, 2007.

                BY THE COURT:


                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                United States District Judge